THE JAMES McCREERY REALTY CORPORATION, Respondent, *v.* MARYLAND CASUALTY COMPANY, Appellant, Impleaded with Others.

(Argued April 19, 1934; decided May 22, 1934.)

*Richard T. Greene, Daniel S. Murphy* and *Malcolm C. Law* for appellant.

*Chase Mellen* and *William B. Sprague* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ.